

Samuel J. Rubin
+1 212 813 8852
SRubin@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

**REQUEST GRANTED.**
**The Initial Pretrial Conference previously scheduled for May 26, 2021 is adjourned until after a decision on the motion to dismiss. The Clerk of Court is respectfully directed to mail a copy of this endorsement to Plaintiff.**

5/14/2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 13, 2021

**VIA ECF**

Hon. Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re:  <u>Labib v. Citigroup Global Markets Holdings Inc.,</u> 1:21-cv-02658 (S.D.N.Y.)

Dear Judge Liman:

I write on behalf of Citigroup Global Markets Holdings Inc. ("CGMHI"), Defendant in the above-referenced action, pursuant to Rule 1(C) of Your Honor's Individual Practices, to request an adjournment of the Initial Pretrial Conference scheduled on May 26, 2021.  *See* ECF No. 13.

CGMHI has not yet been served with process in this action.  On May 4, 2021, CGMHI wrote to Plaintiff offering to execute form waiver of service of process requests on Form AO 399 pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.  Plaintiff has not yet responded.  Once served, CGMHI intends to move to dismiss the complaint in accordance with the Court's Individual Practices.

Accordingly, CGMHI respectfully requests that the Court adjourn the May 26, 2021 Initial Pretrial Conference (and corresponding submissions due in advance of the Initial Pretrial Conference) until a time convenient for the Court after the resolution of CGMHI's anticipated motion to dismiss the complaint once it has been served.  There have been no previous requests for an adjournment, and there are no other scheduled Court appearances in this matter.  CGMHI emailed Plaintiff prior to this submission and Plaintiff did not respond to this request for an adjournment.

Respectfully submitted,

/s/ <u>Samuel J. Rubin</u>

Samuel J. Rubin

Cc: Magdy Labib (*via* email and U.S. Mail)